FILED 17 JUL '17 11:06 USDC-ORP

3-17-cv-1118-SI

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| John Garrett Smith, Oregonian, Plaintiff | PLEADING FOR RELIEF FROM EXTREME DAMAGES DUE TO SHOCKING TORTS INCLUDING TREASON AGAINST THE UNITED STATES OF AMERICA |
| V. | |
| Scott Collier, Washingtonian, Defendant | |

The Plaintiff does hereby, in good faith, beseech this Federal Tribunal for Relief from Damages caused by hostile actions of the Defendant against the Plaintiff and against the United States of America.

Specifically, from June of 2013 through October of 2014, the Defendant illegally adjudicated an obviously fraudulent criminal case against the Plaintiff in total absence of felony jurisdiction, in violation of Federal Rule 4.1(6)(A), a prolonged "act of Treason against the Nation" (US v. Will, 1980).

By acting with such unabashed disregard for 4th & 14th Amendment Rights guaranteed to the Plaintiff, the Defendant thereby forfeited all "judicial immunity from unconstitutional behavior" (Pullman v. Allen, 1984) and "the 11th Amendment indemnification" (Sullivan v. Barnett, 1998, quoting Scheuer v. Rhodes, 1974).

1. Public records filed under the wholly untenable
2. and illegal WA Supreme Ct. Case No. 93923-3
3. contain irrefutable evidence proving the fraud
4. perpetuated by the Defendant, including a
5. copy of an October, 2015 "Statement of
6. Additional Grounds" that outlines the R.I.C.O.
7. pattern of "bait & switch" whereby the Defendant
8. repeated the transfer of a phantom victimization
9. incident involving Sheryl Creadp that the Defendant
10. adjudicated over, until recusing himself to
11. hand the case off to the same judge
12. who proceeded to falsely convict or unlawfully
13. rule.
14.
15. Res judicata applies for this tribunal to
16. first vacate the "void pre-initio", illegal
17. criminal case staged with the assistance of
18. the Defendant against the Plaintiff (Allstate
19. v. Khani, 1994, etc, et. al.). Second, on account of
20. horrendous financial losses incurred by the
21. Plaintiff since June, 2013 when the brutal
22. fraud commenced, the Plaintiff seeks lump-sum
23. compensation in the amount of:
24.
25.     $44,222,080.00 USD,
26. Forty-Four Million, Two Hundred Twenty Two Thousand,
27. Eighty US Dollars, PLUS
28.
29.     $68,810.00 USD/day,
30. Sixty-Eight Thousand, Eight Hundred Ten US
31. Dollars, per day, from the effective date
32. of this service.

Finally, in order to protect American citizens from an obviously corrupt member of society grossly abusing his authority, 18 USCS §2381 calls for the Defendant to be forever prohibited from "holding an office under the US" after serving a mandatory imprisonment of not less than 5 years.

As Notice of Criminal Activity and Alert of Reprisal invoking the Duty of Federal Authorities to protect the Nation from a "hostile, domestic enemy", this pleading is Respectfully Submitted on this 11th Day of July, 2017.

*[signature]*

John Garrett Smith
70 Surfside Drive
PO Box 185
Yachats, OR 97498

## Certificate of Service

I do hereby certify that I transmitted, via safe and secure means, a copy of the preceding on the following:

- Scott Collier
  1200 Franklin Street
  Vancouver, WA 98666

*[signature]*
John Garrett Smith

7.12.17
DATE